### VOLBERG *v.* GATE CITY TERMINAL COMPANY *et al.*

COBB, P. J. This case, as to all material questions involved, is, in principle, controlled by the decision this day rendered in *Bridwell* v. *Gate City Terminal Company,* ante
*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

Argued January 8, —Decided March 1, 1907.

Petition for injunction. Before Judge Pendleton. Fulton superior court. November 26, 1906.

*Kontz & Austin,* for plaintiff.
*Rosser & Brandon* and *Brown & Randolph,* for defendants.